David WATTLETON, Plaintiff—
Appellant,

v.

Kathleen Hawk SAWYER; Arthur F. Beeler; Stephen Williams; Angela Walden Weaver, Defendants—Appellees.

No. 03–7226.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 4, 2003.

David Wattleton, Appellant pro se.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

David Wattleton appeals the district court's order denying his motion to reinstate his civil complaint. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wattleton v. Sawyer,* No. CA–02–772–5–F (E.D.N.C. Aug. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*